No. 72–6526. MUNCASTER *v.* UNITED STATES. C. A. 5th Cir. Motion for leave to file an amended petition granted. Certiorari denied.

No. 72–10. MOOR ET AL. *v.* COUNTY OF ALAMEDA ET AL., 411 U. S. 693;

No. 72–1112. COFFEE-RICH, INC., ET AL. *v.* FIELDER, DIRECTOR OF AGRICULTURE, ET AL., 411 U. S. 979;

No. 72–1199. CULPEPPER *v.* UNITED STATES, 411 U. S. 982;

No. 72–5398. GARDNER *v.* MCCARTHY, FACILITY SUPER-INTENDENT, *ante,* p. 916;

No. 72–5964. BLACK ET AL. *v.* ILLINOIS, 411 U. S. 967;

No. 72–6090. KING *v.* CALIFORNIA, 411 U. S. 983;

No. 72–6149. HOUSE *v.* ST. AGNES HOSPITAL, INC., ET AL., 411 U. S. 961;

No. 72–6197. SHOEMAKER *v.* DWYER ET AL., *ante,* p. 902;

No. 72–6392. WHEELER *v.* UNITED STATES, *ante,* p. 921;

No. 72–6423. MENDES *v.* BROTHERHOOD OF RAILWAY & AIRLINE CLERKS, FREIGHT HANDLERS, EXPRESS & STATION EMPLOYEES, AFL–CIO–CLC, ET AL., 411 U. S. 971; and

No. 72–6603. JAYNES *v.* JAYNES ET AL., *ante,* p. 931. Petitions for rehearing denied.

No. 6505, October Term, 1970. NIEMEYER *v.* CICCONE, MEDICAL CENTER DIRECTOR, ET AL., 401 U. S. 1011. Motion for leave to file petition for rehearing denied.

No. 72–780. CALIFORNIA ADULT AUTHORITY ET AL. *v.* GRIFFIN ET AL., and

No. 72–5770. M'CLARY *v.* CALIFORNIA ADULT AUTHORITY ET AL., *ante,* p. 916. Petition for rehearing or modification denied.